FILED

March 18, 2008
MAR 1 8 2008
March 18, 2008
MAGISTRATE JUDGE ARLANDER KEYS
UNITED STATES DISTRICT COURT

AUSA Nathalina A. Hudson 312-353-1123

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

RECEIVED
MAR 1 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## AFFIDAVIT IN REMOVAL PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) MAGISTRATE JUDGE KEYS |
| SHERITA NESBIT | ) |
| | ) 08CR 222 |
| NORTHERN DISTRICT OF ILLINOIS | ) CASE NUMBER: |

The undersigned Affiant personally appeared before Arlander Keys, a United States Magistrate Judge, and being duly sworn on oath, states: that at the SOUTHERN DISTRICT OF INDIANA, one SHERITA NESBIT, was charged by Superseding Indictment with conspiracy to distribute controlled substances;and possession with intent to distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II Narcotic Controlled Substance in violation of Title 21, United States Code, Sections (s) 841 (a)(1) and 846, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant. (See Attached - Warrant for Arrest).

Wherefore, Affiant prays that the defendant be dealt with according to law.

Linder, Steve
Deputy, United States Marshals Service

Subscribed and Sworn to before me this
18th day of March , 2008.

ARLANDER KEYS
United States Magistrate Judge

AUSA Nathalina A. Hudson

Bond set [or recommended] by issuing Court at _____

## SEALED

Mailed
to Kar 5/4

Warrant for Arrest          Bradley A. Blackington, Assistant United States Attorney          Telephone No. (317) 226-6333

# United States District Court

## SOUTHERN          DISTRICT OF          INDIANA

UNITED STATES OF AMERICA
V.
SHERITA NESBIT

## WARRANT FOR ARREST

### CASE NUMBER:   3:07-cr-24-10 Y/H

To:     The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     SHERITA NESBIT     and bring him or her forthwith to the nearest magistrate to answer a(n)

__X__ Superseding Indictment  _ Information  _ Complaint  _ Order of Court  _ Violation Notice  _ Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy to distribute controlled substances; and possession with intent to distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II Narcotic Controlled Substance

in violation of Title _21_ United States Code, Section(s) _841(a)(1) and 846_

Laura A. Briggs
Name of Issuing Officer

Signature of Issuing Officer  CLERK

(By) Deputy Clerk

Bail fixed at $ _____

Clerk, United States District Court
Title of Issuing Officer

February 29, 2008 Evansville, Indiana
Date and Location

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |